**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CAMERAN DENEAL,** | No. LA CV 23-00644-VBF-BFM |
| Plaintiff, | **ORDER** |
| v. | Dismissing Case Without Prejudice for Lack of Prosecution, Failure to Comply with Court Order, & Failure to Pay Case Filing Fee |
| RIVERSIDE COUNTY, | |
| Defendants. | |

    On April 11, 2023, plaintiff filed the complaint initiating this civil-rights action, CM/ECF Document ("Doc") 1. By way of a CV-90P Notice of Discrepancies dated April 13, 2023 and filed April 14, 2023, the Clerk's Office advised plaintiff that he was obligated either to pay the full case filing fee or to file a Form CV-60P Request to Proceed Without Prepayment of Filing Fees and Declaration in Support within thirty days.

    The Notice clearly warned plaintiff, "If you do not respond within thirty days from the date below, your action may be dismissed." Doc 2 at 1.

    The thirty-day period began running on April 15, 2023 and ended at 11:59 p.m. on May 14, 2023. Plaintiff's deadline elapsed over three weeks ago, and the Court has received neither payment of the case filing fee nor any other filing from plaintiff.

    Accordingly, the Court orders as follows:

**This action is DISMISSED without prejudice for lack of prosecution, failure to comply with court order, and failure to pay the case filing fee or seek permission to proceed without repayment of said fee.**

IT IS SO ORDERED.

Dated: June 6, 2023

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge